UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:   James E. Miller, Jr.,                                   Case No.  13-23446
                              Debtor.                             Chapter 13

---

SOUTHERN LAKES CREDIT UNION,

                              Creditor,

v.

JAMES E. MILLER, JR.,

                              Debtor.

---

### OBJECTION TO CHAPTER 13 PLAN

---

Southern Lakes Credit Union hereby objects to the Chapter 13 Plan of the Debtor for the following reasons:

1. The debtor does not properly value the 2008 Ford Expedition. Landmark Credit Union contends that the value is $22,150.00.

2. Interest rate on the secured debt should be 6.25%.

3. The plan provides for payment of administrative fees up front. The initial payments to the plan should be split between administrative fees and secured creditors.

4. The adequate protection payments should be $663.26 per month.

Dated this 16th day of April, 2013.

*/s/ Mark C. Darnieder*
Mark C. Darnieder - State Bar No. 1017259
Attorney for Southern Lakes Credit Union
Darnieder & Geraghty
735 N. Water St., Suite 930
Milwaukee, WI 53202
Phone: (414) 277-1400
Fax: (414) 277-7087
E-Mail: mark@dwdglaw.com

Vehicle Evaluation

Period: 2013 / April
Region: Central
VIN: 1FMFK20518LA00011
Reference #:
Year: 2008
Make: FORD TRUCK
Series: Expedition EL-V8
Body: Utility 4D Limited 4WD
Mileage: 130000          Adjustment: -$3,275

MSRP: $43,575          Weight: 0

- ☐ Auxiliary Fuel Tank
- ☐ Certified Pre-Owned
- ☐ Fixed Running Boards
- ☑ Leather Seats
- ☐ Luggage Rack
- ☐ Navigation System
- ☐ Power Running Boards
- ☐ Power Sunroof
- ☑ Power Third Row Seat
- ☐ Rear Bucket Seats
- ☐ Rear Entertainment System
- ☐ Snow Plow Pkg./Plow
- ☐ Towing/Camper Pkg
- ☐ W/o 3rd Row Seat
- ☐ W/out Aluminum/Alloy Wheels
- ☐ Winch

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base: | $18,800 | $20,450 | $21,800 | $19,625 | $25,425 |
| Mileage Adjustment: | -$3,275 | -$3,275 | -$3,275 | -$3,275 | -$3,275 |
| Options Adjustment: | $0 | $0 | $0 | $0 | $0 |
| Adjusted Value: | $15,525 | $17,175 | $18,525 | $16,350 | $22,150 |

All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.