UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

In re:  
JAMES E. MILLER, JR.,  
*dba Z & J INVESTMENTS*,  
    Debtor.

Chapter 13  
Case No. 13-23446-BEH

---

STIPULATION ON MOTION BY BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2007-25 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-25 FOR RELIEF FROM AUTOMATIC STAY, CO-DEBTOR STAY, AND ABANDONMENT  
RE: PROPERTY LOCATED AT:  
2567 South 92nd Street, West Allis, Wisconsin 53227

---

Whereas, the debtor having filed an objection to the Motion by Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon *fka* The Bank of New York, as Trustee for CWALT, Inc., Alternative Loan Trust 2007-25 Mortgage Pass-Through Certificates, Series 2007-25 ("Movant") for Relief from Automatic Stay, Co-Debtor Stay and Abandonment; and,

Whereas, the debtor and Movant having arrived at an agreement resolving the motion for relief;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

1.     Commencing with the December 1, 2016 payment, debtor shall resume making

Drafted by:  
    D. Alexander Martin  
    O'Dess and Associates, S.C.  
    1414 Underwood Avenue, Suite 403  
    Wauwatosa, WI 53213  
    (414) 727-1591  
    (414) 727-1590 fax

1

regular post-petition mortgage payments pursuant to the terms of the mediation program. The monthly payment beginning December 1, 2016, shall be $4,063.95 until further notice. Payments shall be sent exclusively to Bayview Loan Servicing, LLC, at 4425 Ponce de Leon Boulevard, Fifth Floor, Coral Gables, FL 33146.

2. If mediation is unsuccessful, the Debtor shall submit to the Court an amended chapter 13 plan within 14 day of the filing of the mediator's final report to surrender the property or pay the arrears in full.

3. Movant is granted a doomsday provision on all monthly payments which come due December 1, 2016 through May 1, 2017. That, if debtor fails to, for any reason, timely make any monthly payment which comes due December 1, 2016 through May 1, 2017, providing for a 15 day grace period on future regular installments only, upon the filing of a statement of default of any of Bayview Loan Servicing, LLC as servicer for Movant's attorneys and notice to the debtor and counsel for debtor, Bayview Loan Servicing, LLC as servicer for Movant shall be entitled to submit an order granting the relief requested in the original motion, including relief from the automatic stay, co-debtor stay, and abandonment.

4. Thereafter, in the event debtor fails to, for any reason, timely make any monthly payment, mediation is unsuccessful, or debtor breaches any of the remaining terms and conditions of the note and mortgage, Movant may renew its motion for relief for the remainder of this case by letter request to the court and without the need to pay an additional filing fee.

Drafted by:
D. Alexander Martin
O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, WI 53213
(414) 727-1591
(414) 727-1590 fax

2

Dated this 14 day of November, 2016

O'DESS AND ASSOCIATES, S.C.
Attorneys for Mortgage Creditor

By: _____
D. Alexander Martin
State Bar ID No. 1046591

Dated this 11th day of November, 2016

CLIFTON G. OWENS, ATTORNEY AT LAW
Attorneys for Debtor

By: _____
Clifton G. Owens
State Bar ID No. 01010362

Dated this 14th day of November, 2016

NO OBJECTION:

for _____
Mary B. Grossman, State Bar ID No. 1030684
Robert W. Stack, State Bar ID No. 1033733
Sandra M. Baner, State ID No. 1018992
Christopher Schimke
Office of Chapter 13 Standing Trustee

3