UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

|   |   |   |
|---|---|---|
| In re: | : | Chapter 13 |
|   | : |   |
|   | : | Case No: |
|   | : |   |
|   | : |   |

_____

## MEDIATOR'S FINAL REPORT
_____

Name of Debtor's Counsel: _____

Name of Lender and Counsel: _____

Property Address: _____

Last Four Digits of Account Number of Loan: _____

Mediation Session Date (s): _____

How long from the Date of Appointment of Mediator to Date of Final Report: _____days

*The use of the Court's Mortgage Modification Mediation Program has resulted in the following (please check appropriate box below)*:

 Loan modification agreement has been reached.

  Lender will file: _____
  Debtor will file: _____

 No loan modification agreement has been reached during mediation.

  Debtor will file an amended plan within 14 days. **Debtor has been advised that failure to file a modified plan will result in a status conference with the Court at which the creditor may be granted relief from stay or the Chapter 13 case may be dismissed**

 Parties are continuing in direct negotiations outside of MMM.

 Parties are pursuing a short sale, surrender or deed in lieu of foreclosure.

 Other:


The filing of this *Mediator's Final Report* terminates the Mortgage Modification Mediation with respect to the loan identified above.

**Dated**: _____

**Signature**: _____, **Mediator**