THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 4, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

In re:  
JAMES E. MILLER, JR.,  
*dba* Z & J INVESTMENTS,  
    Debtor.

Chapter 13  
Case No. 13-23446-BEH

ORDER GRANTING RELIEF FROM AUTOMATIC STAY, CO-DEBTOR STAY, AND ABANDONMENT

_____

Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT 2007-25) (the "Movant") filed a Statement of Default with respect to the property located at 2657 South 92nd Street, West Allis, Wisconsin 53227. Due and proper notice was given, and no objections were filed. The facts recited in the Statement of Default show that there is no equity in the Property, the Movant's interest in the Property is not adequately protected, or other cause exists for granting Movant's request for relief from the automatic stay, co-debtor stay, and abandonment.

Drafted by:
    D. Alexander Martin
    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax
    dmartin@odesslaw.com

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362(a) is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law:

IT IS FURTHER ORDERED that the Movant withdraws its Proof of Claim number 5;

IT IS FURTHER ORDERED: all other relief requested in the motion is denied; and

IT IS FURTHER ORDERED this Order is effectively immediately and is not stayed for 14 days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3).

# # # # #