# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:

     JAMES E. MILLER, JR.

Case No. 13-23446- BEH

Chapter 13 Bankruptcy Case

     Debtor

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION
## OF PAYMENTS TO THE TRUSTEE

The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

Respectfully submitted this 16th day of November 2018.

<u>Scott Lieske</u>
Scott Lieske
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

cc: CLIFTON G. OWENS (via CM/ECF only)
    JAMES E. MILLER, JR.

13-23446 MILLER NOC

