THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Beth E. Hanan
    United States Bankruptcy Judge

DATED:   March 7, 2019



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

In re
James E. Miller, Jr.,
    Debtor.

Chapter 13
Case No. 13−23446−beh

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING THE TRUSTEE, AND CLOSING THE CHAPTER 13 CASE

    The chapter 13 trustee filed a final report and account and certified that the estate has been fully administered. The trustee received funds in the amount of $100944.00 and disbursed those funds in accordance with the final account. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

    IT IS THEREFORE ORDERED: The trustee's final account is approved, the trustee's bond is released, the trustee is discharged, and the chapter 13 case is closed.

####